IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01041-EWN-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2128 PASEO DEL PRADO DRIVE, EL PASO, TEXAS;

BANK OF AMERICA ACCOUNT

       Defendants.

_____

**WRIT OF ENTRY**
_____

TO: UNITED STATES MARSHALS SERVICE OR ITS REPRESENTATIVES- GREETINGS:

    Based upon the Verified Complaint for Forfeiture *In Rem* filed herein, against the defendant real property described as:

> Lot 7, Block 121, Vista Hills Unit Forty-Two, an addition to the city of El Paso, El Paso County, Texas, according to the plat thereof, recorded in Volume 70, Page 5, Plat Records of El Paso County, Texas, also known as: **2128 Paseo Del Prado Drive, El Paso, Texas;**

and the Application for Writ of Entry filed by the United States, and the Court being satisfied that based upon the Verified Complaint, this Court has jurisdiction over the defendant property and there is probable cause to believe that the defendant real property is subject to forfeiture to the United States pursuant to 21 U.S.C. §881;

    The United States having requested that the Court issue a Writ of Entry as provided in 18

U.S.C. § 983(j) and 18 U.S.C. § 985(b)(2) authorizing it to enter the defendant real property, including any structures, for the purpose of conducting an inspection and inventory of the defendant real property and, as provided in 19 U.S.C. § 1606, to conduct an appraisal; and

The United States having not requested authority to seize the defendant real property at this time but having stated in its Application for Writ of Entry that it will post notice of the Complaint for Forfeiture *In Rem* on the defendant real property and serve notice of this action and a copy of the Complaint on the owner(s) of the defendant real property under 18 U.S.C. § 985(c)(1) and (3); it is

ORDERED that the United States Marshals Service or its designee, is hereby authorized

1. to enter the defendant real property, including any structures, on one or more occasions during the pendency of this forfeiture action against the defendant real property, for the purpose of conducting an inspection and inventory and appraisal of the defendant real property; and

2. to be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the defendant real property pursuant to 19 U.S.C. § 1606, which appraisal may include, among other means, still and video photography; and

3. to be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the defendant real property, which inspection and inventory may include, among other means, still and video photography; and

4. to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18

U.S.C. § 2232 prohibiting the impairment of in rem jurisdiction, or otherwise as provided by law.

DONE at Denver, Colorado, this 5th day of June, 2006.

BY THE COURT:

s/ Edward W. Nottingham
UNITED STATES DISTRICT JUDGE